PER CURIAM.
Affirmed. Woods v. State, 490 So.2d 24 (Fla.), cert denied, 479 U.S. 954, 107 S.Ct. 446, 93 L.Ed.2d 394 (1986); Moore v. Morris, 475 So.2d 666 (Fla.1985); South Florida Beverage Corporation v. San Pedro, 499 So.2d 915 (Fla. 3d DCA 1986); Meli v. Dade County School Board, 490 So.2d 120 (Fla. 3d DCA), review denied, 500 So.2d 543 (Fla.1986); Del Monte Banana Company v. Chacon, 466 So.2d 1167 (Fla. 3d DCA 1985); Tilley v. Broward Hospital District, 458 So.2d 817 (Fla. 4th DCA 1984); Morganstine v. Rosomoff, 407 So.2d 941 (Fla. 3d DCA 1981); § 90.403, Fla.Stat. (1989).
GERSTEN and GODERICH, JJ., concur.